No. 11–8032.   ANDERSON v. UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 11–8038.   DIAZ-DEVIA v. UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 11–8039.   CARTER v. GONZALEZ, ACTING WARDEN.   C. A.
9th Cir.   Certiorari denied.

No. 11–8041.   SIEGLER v. OHIO STATE UNIVERSITY.   Ct. App.
Ohio, Franklin County.   Certiorari denied.

No. 11–8043.   RICHARDSON v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 11–8044.   SHIELDS v. UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 11–8045.   SANTACRUZ-DE LA O, AKA OLAGUEZ, AKA SANTA
CRUZ-DELAO v. UNITED STATES.   C. A. 11th Cir.   Certiorari de-
nied.

No. 11–8046.   SMITH v. UNITED STATES.   C. A. 8th Cir.   Cer-
tiorari denied.

No. 11–8048.   ROBLES v. UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 11–8050.   WARD v. MAINE.   Sup. Jud. Ct. Me.   Certiorari
denied.

No. 11–8054.   BLYDEN v. UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 11–8056.   MYERS ET AL. v. UNITED STATES.   C. A. 11th
Cir.   Certiorari denied.

No. 11–8058.   BARRAZA-LOPEZ v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 11–8059.   BLANKS v. BOOKER, WARDEN.   C. A. 6th Cir.
Certiorari denied.

No. 11–8060.   BROWNING v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.